IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                          CASE NO.: 1:05cr20-SPM

VERTIE MAE PALMER

        Defendant.
_____/

**ORDER CONTINUING REVOCATION HEARING**

For good cause shown, Defendant's Unopposed Motion to Continue Revocation Hearing (doc. 4) is granted. The hearing is reset for 1:30 p.m. on July 10, 2006.

DONE AND ORDERED this 11th day of May, 2006.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge