IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                        CASE NO.: 1:05cr20-SPM

VERTIE MAE PALMER,

    Defendant.
_____/

## ORDER CONTINUING REVOCATION HEARING

For good cause shown, Defendant's Unopposed Motion to Continue Revocation Hearing (doc. 8) is granted. The hearing is reset for 1:30 p.m. on Tuesday, August 1, 2006.

DONE AND ORDERED this 27th day of June, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge