IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 1:05cr20-SPM

VERTIE MAE PALMER,

    Defendant.
_____/

## ORDER CONTINUING REVOCATION HEARING

For good cause shown, Defendant's Motion to Continue Revocation Hearing (doc. 18) is granted. The hearing is reset for 10:30 a.m. on Tuesday, September 19, 2006.

DONE AND ORDERED this 31st day of August, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge